IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:15-CV-37-D

| | |
|---|---|
| ADAM L. PERRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| WILLIAM EARL BRITT, FEDERAL | ) |
| EASTERN DISTRICT JUDGE AT | ) |
| WAKE COUNTY IN HIS OFFICIAL | ) |
| CAPACITY, | ) |
| | ) |
| Defendant. | ) |

For good cause having been shown upon Defendant's motion to stay the Court's January 27, 2016, order for a discovery plan pending the Court's ruling on Defendant's motion to dismiss, it is hereby

ORDERED that the Court's order for a discovery plan is stayed pending further ruling from this Court.

This $\underline{\phantom{1}}$ day of February, 2016.

_____
JAMES C. DEVER, III
Chief United States District Judge