UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

ADAM L. PERRY, )
       Plaintiff, )
)   **JUDGMENT IN A CIVIL CASE**
V. )   **CASE NO. 2:15-CV-37-D**
)
WILLIAM EARL BRITT, )
       Defendant. )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS the motion to dismiss [D.E. 5] and DISMISSES this action for lack of subject-matter jurisdiction or, alternatively, for failure to state a claim. The court DENIES plaintiffs motion to strike [D.E. 8] and DENIES AS MOOT the remaining motion [D.E. 13]. The clerk shall close the case.

**This Judgment Filed and Entered on June 3, 2016, and Copies To:**

| | |
|---|---|
| Christopher M. Anderson | (via CM/ECF Notice of Electronic Filing) |
| Neal Fowler | (via CM/ECF Notice of Electronic Filing) |
| Adam L. Perry | 600 Swamp Road Hertford, NC 27944 via US Mail |

DATE:                             JULIE RICHARDS JOHNSTON, CLERK
June 3, 2016               (By) /s/ Nicole Briggeman
                                    Deputy Clerk